IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 19-354 |
| HAFIZ ANTONIO MYRICK | : | |

# O R D E R

**AND NOW**, this 2nd day of March 2023, upon consideration of Defendant Hafiz Antonio Myrick's Second Supplemental Objection to Application of the ACCA Enhancement (ECF No. 56), the Government's Response thereto (ECF No. 57), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's objection is **SUSTAINED**. The provisions of the Armed Career Criminal Act do not apply to Defendant's sentencing.

IT IS SO ORDERED.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**